# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146491

LINDA DETARY and JERRY DETARY,
      Plaintiffs-Appellees,

v

ADVANTAGE HEALTH PHYSICIANS, PC,
      Defendant-Appellant,

and

STEVEN A. CRANE, MD, PAUL O. FARR,
MD, GRAND RIVER GASTROENTEROLOGY,
PC, MUMNOON HAIDER, MD, JODY LYN
HEILMAN, MD, BAO THIEN HUYHN, MD,
NASIR ABBAS KHAN, and TRINITY
HEALTH-MICHIGAN,
      Defendants.
_____/

SC: 146491
COA: 308179
Kent CC: 2008-010179-NH

On order of the Court, the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

d0422